**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BILLY D. BURR,
    Plaintiff,

vs.                              Case No. 3:07cv318/MCR/EMT

JUDGE MICHAEL JONES, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 16, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's motion to dismiss (Doc. 19) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 18th day of December, 2007.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE**