FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BILLY D. BURR

    vs                                                                                     Case No. 3:07cv318/MCR/EMT

STATE OF FLORIDA, et al.

_____

**ORDER**

Plaintiff's **Letter to Judge Timothy,** received by the clerk of the court on November 10, 2008, was referred to the undersigned with the following deficiencies:

> The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

> The document is not in proper form. Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief, citing authorities, or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1). Plaintiff should file a pleading or motion with a title.

> The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

FLN (Rev. 4/2004) Deficiency Order																		Page 2 of 2

**DONE AND ORDERED** this 14th day of November 2008.

    /s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:07cv318/MCR/EMT