FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BILLY D. BURR

     vs                                                                        Case No. 3:07cv318/MCR/EMT

STATE OF FLORIDA, et al.

**ORDER**

Plaintiff's **Letter to Judge Timothy,** received by the clerk of the court on December 1, 2008, was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The document is not in proper form. Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief, citing authorities, or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1). Plaintiff should file a pleading or motion with a title.

    Plaintiff should not attempt to correspond directly with a judge of this court. Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case. This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of duties. Judicial decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the clerk's office in accordance with governing rules of procedure. The court will return unfiled any correspondence addressed directly to a district or magistrate judge. *See* N.D. Fla. Loc. R. 7.1(F)(1).

FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 2 of 2

> The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida.  Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.
>
> This case was closed December 18, 2007 (*see* Doc. 21).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.

**DONE AND ORDERED** this 5th day of December 2008.


                                                              /s/ *Elizabeth M. Timothy*
                                                             **ELIZABETH M. TIMOTHY**
                                                             **UNITED STATES MAGISTRATE JUDGE**

Case No. 3:07cv318/MCR/EMT